IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Coleman, Darron

Printed: 01/22/09

Case Number: 07 B 13238
Judge: Wedoff, Eugene R
Filed: 7/24/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Ch 7 Conversion: January 13, 2009
Confirmed: November 15, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,350.00 |  |
| Secured: |  | 3,083.68 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,948.00 |
| Trustee Fee: |  | 318.32 |
| Other Funds: |  | 0.00 |
| Totals: | 5,350.00 | 5,350.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 1,948.00 | 1,948.00 |
| 2. | American Home Mortgage Servicing | Secured | 0.00 | 0.00 |
| 3. | Irwin Home Equity | Secured | 0.00 | 0.00 |
| 4. | American Home Mortgage Servicing | Secured | 20,494.64 | 2,805.72 |
| 5. | Irwin Home Equity | Secured | 2,030.48 | 277.96 |
| 6. | Capital One | Unsecured | 53.32 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 28.99 | 0.00 |
| 8. | Capital One | Unsecured | 284.78 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 54.09 | 0.00 |
| 10. | American Airlines Emp Fed CU | Unsecured | 396.06 | 0.00 |
| 11. | Capital One | Unsecured | 149.02 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 364.19 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 21.90 | 0.00 |
| 14. | Portfolio Recovery Associates | Unsecured | 319.61 | 0.00 |
| 15. | Portfolio Recovery Associates | Unsecured | 253.85 | 0.00 |
| 16. | Capital One | Unsecured | 192.96 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 36.63 | 0.00 |
| 18. | Internal Revenue Service | Priority |  | No Claim Filed |
| 19. | Account Solutions | Unsecured |  | No Claim Filed |
| 20. | Capital One | Unsecured |  | No Claim Filed |
| 21. | BP Amoco | Unsecured |  | No Claim Filed |
| 22. | Capital One | Unsecured |  | No Claim Filed |
| 23. | Cash Advance | Unsecured |  | No Claim Filed |
| 24. | Washington Mutual Bank FA | Unsecured |  | No Claim Filed |
| 25. | Central Credit Services | Unsecured |  | No Claim Filed |
| 26. | Direct Merchants | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Coleman, Darron | | Case Number: 07 B 13238 |
|---|---|---|---|
| | | | Judge: Wedoff, Eugene R |
| | Printed: 01/22/09 | | Filed: 7/24/07 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Debt Collections Systems | Unsecured | | No Claim Filed |
| 28. | Creditors Collection Bur | Unsecured | | No Claim Filed |
| 29. | Evergreen Medical Specialist | Unsecured | | No Claim Filed |
| 30. | CB Accounts | Unsecured | | No Claim Filed |
| 31. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 32. | Medical Collections | Unsecured | | No Claim Filed |
| 33. | Freedman Anselmo Lindberg | Unsecured | | No Claim Filed |
| 34. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 35. | Echelon Recovery, Inc | Unsecured | | No Claim Filed |
| 36. | JC Penney Corporation Inc | Unsecured | | No Claim Filed |
| 37. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 38. | Home Depot | Unsecured | | No Claim Filed |
| 39. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 40. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| 41. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 42. | Pentagroup Financial, LLC | Unsecured | | No Claim Filed |
| 43. | Universal Fidelity Corp | Unsecured | | No Claim Filed |
| 44. | Shell Citibank | Unsecured | | No Claim Filed |
| 45. | Northland Group Inc | Unsecured | | No Claim Filed |
| 46. | Trinity Hospital | Unsecured | | No Claim Filed |
| 47. | Washington Mutual Bank FA | Unsecured | | No Claim Filed |
| 48. | Worldwide Asset Purchasing LLC | Unsecured | | No Claim Filed |
| 49. | Worldwide Asset Purchasing LLC | Unsecured | | No Claim Filed |
| | | | $ 26,628.52 | $ 5,031.68 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 144.45 |
| 6.5% | 173.87 |
| | $ 318.32 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

